BEFORE THE FIRST DIVISION, FEBRUARY 7, 1968

**No. P68/46.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 61/5675 and 61/9295 (New York).

**No. P68/47.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 64/1938, etc. (New York).

**No. P68/48.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 64/6293, etc. (New York).

BECKWORTH, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.